UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| E. BOYD SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-260 |
| | § | |
| JPMORGAN CHASE BANK, NATIONAL | § | |
| ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CLAIMS

On the date written below came on to be considered Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss (D.E. 11). The time for filing responses having passed without a response being filed, the Motion is deemed unopposed. Local Rule 7.4. Therefore, JPMorgan Chase Bank, N.A.'s Motion to Dismiss (D.E. 11) is hereby GRANTED.

ORDERED this 27th day of September, 2011.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE